**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 21, 2012

Lyle W. Cayce
Clerk

No. 11-10803
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAY SALINAS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CR-19-1

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Ray Salinas raises arguments that he concedes are foreclosed by *United States v. Vickers*, 540 F.3d 356 (5th Cir. 2008), and *United States v. Brown*, 920 F.2d 1212, 1216-17 (5th Cir. 1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472-73 (5th Cir. 2006). In *Vickers*, this court held that the Texas offense of delivery of a controlled substance is a "serious drug offense" for purposes of the Armed Career Criminal Act, 18 U.S.C. § 924(e). *Vickers*, 540 F.3d at 366. In *Brown*,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

this court held that 18 U.S.C. § 3584 authorizes a district court to order a federal sentence to run consecutively to a yet-to-be-imposed state sentence. *Brown*, 920 F.2d at 1216-17; *see Setser v. United States*, 132 S. Ct. 1463, 1468-73 (2012). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.